IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, K-9 Officer Handler; and MARY E. HOLLOWAY,<br><br>Plaintiffs,<br><br>vs.<br><br>130% LOAN SHARKS,<br><br>Defendant. | 8:21CV128<br><br><br>**MEMORANDUM<br>AND ORDER** |

On March 25, 2021, the court ordered Plaintiff Mary E. Holloway to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, she has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice as to Plaintiff Mary E. Holloway because she failed to prosecute it diligently and failed to comply with this court's orders.

2. This matter is not dismissed as to Plaintiff Walter E. Holloway. The next step will be for the court to conduct an initial review of the complaint to determine whether this matter should proceed to service of process.

Dated this 27th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge