# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, K-9 Officer Handler; | 8:21CV128 |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| 130% LOAN SHARKS, | |
| Defendant. | |

On May 10, 2021, the court entered a judgment of dismissal after finding that Plaintiff's Complaint fails to state a claim upon which relief may be granted, and that amendment would be futile. (See Filings 8, 9.) On June 4, 2021, the clerk of the court received an unsigned document from Plaintiff, which was docketed as a motion to amend. (Filing 13.) However, under the Federal Rules of Civil Procedure, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a).

IT IS THEREFOR ORDERED:

1. Plaintiff is directed to file a signed copy of the "motion to amend" (Filing 13) on or before June 23, 2021.

2. Failure to comply with this Memorandum and Order will result in the court striking Filing 13 without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **June 23, 2021**: signing deadline.

Dated this 8th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge