IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WALTER H. HOLLOWAY, K-9 Officer Handler, | 8:21CV128 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| 130% LOAN SHARKS, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's "motion to amend" (Filing 13) is stricken from the court file for Plaintiff's failure to comply with the court's order of June 8, 2021 (Filing 14), that he file a signed copy of that document within 15 days.

Dated this 24th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge