IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WALTER H. HOLLOWAY, K-9 Officer Handler; | 8:21CV128 |
|---|---|
| Plaintiff, | **MEMORANDUM AND ORDER** |
| vs. | |
| 130% LOAN SHARKS, | |
| Defendant. | |

On May 10, 2021, the court entered a judgment of dismissal after finding that Plaintiff's Complaint fails to state a claim upon which relief may be granted, and that amendment would be futile. (See Filings 8, 9.) On June 28, 2021, the clerk of the court received an unsigned document from Plaintiff, which was docketed as a motion for leave to proceed in forma pauperis. (Filing 17.) However, under the Federal Rules of Civil Procedure, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a).

IT IS THEREFOR ORDERED:

1. Plaintiff is directed to file a signed copy of the "motion for leave to proceed in forma pauperis" (Filing 17) on or before July 21, 2021.

2. Failure to comply with this Memorandum and Order will result in the court striking Filing 17 without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **July 21, 2021**: signing deadline.

Dated this 6th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge