IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, K-9 Officer Handler,<br><br>Plaintiff,<br><br>vs.<br><br>130% LOAN SHARKS,<br><br>Defendant. | 8:21CV128<br><br>ORDER |

IT IS ORDERED that Plaintiff's motion for leave to proceed in forma pauperis (Filing 17) is stricken from the court file for Plaintiff's failure to comply with the court's order of July 6, 2021 (Filing 18), that he file a signed copy of that document within 15 days.

Dated this 22nd day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge